**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00692-CV
No. 05-13-00693-CV

**IN THE INTEREST OF N. L. T., A CHILD**
**IN THE INTEREST OF M.T., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-04-10316, DF-06-08087**

## ORDER

Before the Court is appellant's July 29, 2013 motion for additional time to file her opening brief. In the motion, appellant requests additional time to file her brief because the record in this case is not complete. Specifically, appellant has requested the reporter's records from hearings on her motion for new trial held on June 10, 2013 and July 29, 2013 as well as post-trial hearings held on July 1, 2013, July 16, 2013 and July 26, 2013. Appellant also contends that although she requested the records be prepared on an expedited basis, the trial court denied her request. However, we note that no final order has been entered granting or denying the motion for new trial.

We remind both Judge Lopez and Ms. Johnson that this is an accelerated termination of parental rights case. Therefore, we **ORDER** Glenda Johnson, Official Court Reporter for the

256th Judicial District Court, to file either (1) the requested reporter's records from the above hearings or (2) written verifications that the records have not been requested before **5:00 p.m. on Friday, August 23, 2013**.

Appellant's brief is due on or before September 12, 2013. No further extensions will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE